# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

**JUAN MENDOZA CASTILLO, et als.,**
Plaintiffs,

**CIVIL NO. 05-1423 (DRD)**

v.

**PASTELERIA LOS CIDRINES, et al.,**
Defendants.

## ORDER

| MOTION | RULING |
|---|---|
| **Date Filed:** 08/12/05<br>[X] **Plff**   [ ] **Deft**<br>[ ] **Other**<br><br>**Title:** MOTION FOR VOLUNTARY DISMISSAL (Docket No. 11) | **GRANTED**. Plaintiffs filed a notice of voluntary dismissal. The Court hereby **GRANTS** plaintiffs' request and **DISMISSES WITHOUT PREJUDICE** all claims against defendants in the instant case. Each party shall bear their own costs and attorney's fees. Judgment will be issued accordingly. |

**Date**: August 15, 2005

S/ Daniel R. Dominguez
**DANIEL R. DOMINGUEZ**
**U.S. DISTRICT JUDGE**